| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANUEL McCRAY, et. al.,<br><br>　　　　　　　　　Plaintiffs,<br>vs.<br><br>A. JOE HAGEMAN, et. al.,<br><br>　　　　　　　　　Defendants. | CASE NO. 06CV1537 IEG (WMc)<br><br>**ORDER DENYING REQUEST FOR ISSUANCE OF SUMMONS**<br><br>[Doc. No. 12] |

Presently before the Court is Emanuel McCray's ("plaintiff") request for issuance of summons against A. Joe Hageman, City Counselor of Laramie, Wyoming; the City Council of Laramie, Wyoming; the Albany County Court of Laramie, Wyoming; the Clark County Court of Vancouver, Washington; the State of Oregon; the State of Washington; and the State of Wyoming ("defendants"). Previously, this Court denied plaintiff's application for a temporary restraining order and dismissed plaintiff's case with prejudice. [Doc. No. 3.] Plaintiff has appealed this Court's decision to the Ninth Circuit Court of Appeals. [Doc. No. 6.] While plaintiff's case

//
//
//
//
//

1  is pending before the Ninth Circuit, this Court does not have jurisdiction over the case.  The Court
2  **DENIES** plaintiff's request for issuance of summons.
3      **IT IS SO ORDERED**.

5  **DATED:  December 19, 2006**

                                  **IRMA E. GONZALEZ, Chief Judge**
                                  **United States District Court**